Your friend to vse<br>Humphry Warren

M$^r$ W$^m$ Noyse

S$^r$ Pray Deliuer to the bearer one barrel of rum, let the barrel be filled vp & take notice of the n$^o$ & Contents of it & his receipt for the Same, on the acco$^t$ of m$^r$ Joseph Calley per order of m$^r$ Humphrey Warren.

30th 9$^{ber}$ 74                                    Yours: Nath$^{ll}$ Williams

Jf there be Two barrels. let him haue them both.
Copia vera attest$^r$ Js$^a$ Addington Cler

The Court of Assistants (Records, i. 95) reversed the former judgment and awarded 29$s$ costs to Williams.]

## ■ Church agt. Joy

Joseph Church of Hingham Carpenter plaint. ag$^t$ Thomas Joy of Hingham Carpenter Def$^t$ in an action of the case to the value of twenty pounds; which s$^d$ twenty pounds is due to the s$^d$ Joseph Church for the rent of one halfe of a Corn Mill two yeares, the time of the s$^d$ two yeares began on the. 14th day of June, which was in the yeare of o$^r$ Lord. 1675. as may appeare by a covenant between them bearing date the. s$^d$ 14th of June; which s$^d$ Corn Mill is in partnership between the s$^d$ Thomas Iay and the s$^d$ Ioseph Church, the one halfe of the s$^d$ Mill belonging to the s$^d$ Ioseph Church, and the other halfe of the s$^d$ mill belongeth to the s$^d$ Thomas Ioy; which s$^d$ Mill is a tide Mill standing and being in and upon the Town cove in Hingham with all due damages according to attachm$^t$ dat$^d$ Iuly. 24$^o$ 1677. . . . The Jury . . . found for the plaint. Eleven pounds in Merc$^a$ Corn according to Coven$^t$ at price currant and costs of Court: The Def$^t$ appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants & himselfe principall in twenty pounds, Daniel Turell jun$^r$ and Joseph Jay Sureties in £.10. apeice acknowledged themselves respectively bound . . . on condition the s$^d$ Tho: Joy should prosecute his appeale . . .

[ There are in S. F. 1633.4–7 a number of depositions as to who owned and operated the mill. Joy's Reasons of Appeal are in S. F. 1633.3, and Church's answer is in S. F. 1633.2. The Court of Assistants (Records, i. 96–7) confirmed the former judgment and charged Church with 53$s$ costs.]